HEATHER E. WILLIAMS, Bar #122664
Acting Federal Defender
JEROME PRICE, Bar #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OCTAVIO MACIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>OCTAVIO MACIEL,<br><br>    *Defendant.* | No. 1:13-CR-00181 LJO-SKO-1<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON**<br><br>Date: September 16, 2013<br>Time: 1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and JEROME PRICE, Assistant Federal Defender, counsel for defendant, OCTAVIO MACIEL, that the date for status conference in this matter may be continued to September 16, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for status conference is July 29, 2013. The requested new date is September 16, 2013.**

The continuance is requested due to the unavailability of defense counsel. Additionally, defense counsel has just received an offer from the government and would need time to negotiate a settlement.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the

///

///

ends of justice served by granting the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: July 24, 2013 | By | /s/ Kimberly Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  |  |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: July 24, 2013 | By | /s/ Jerome Price<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Octavio Maciel |

# **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).


IT IS SO ORDERED.

Dated:   July 24, 2013           /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE