HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Octavio Maciel

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:13-cr-00181 LJO-SKO-1 |
| Plaintiff, | ) ) | WAIVER OF DEFENDANT'S |
| vs. | ) ) | PRESENCE AT PRETRIAL PROCEEDINGS; ORDER |
| OCTAVIO MACIEL, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

     Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Octavio Maciel, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

     Mr. Maciel is in custody at Fresno County Jail. He recently had a medical procedure which makes him incapable of sitting for long periods. Mr. Maciel would prefer not to have to come to court on Monday, November 4, 2013.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).


DATED: November 1, 2013                    *Jerome Price*
                                           JEROME PRICE
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Octavio Maciel




**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.



IT IS SO ORDERED.

Dated:  **November 1, 2013**          **/s/ Sheila K. Oberto**
                                      UNITED STATES MAGISTRATE JUDGE